Argued and submitted January 14, affirmed February 11, 1980

SUTHERLAND,
*Appellant,*
*v.*
CITY COUNCIL OF
KLAMATH FALLS,
*Respondents-Respondents,*

SOUTH SIXTH STREET
AUTO WRECKING,
*Intervenor-Respondent.*

(No. 79-89 E, CA 15005)

605 P2d 1220

Philip W. Studenberg, Klamath Falls, argued the cause and filed the brief for appellant.

B. J. Matzen, City Attorney, Klamath Falls, argued the cause and filed the brief for respondents-respondents.

Robert S. Hamilton, Klamath Falls, argued the cause and filed the brief for intervenor-respondent.

Before Joseph, Presiding Judge, and Lee and Richardson, Judges.

PER CURIAM

## PER CURIAM

The only issue presented by this appeal having been resolved since the filing of the briefs by *Neuberger v. City of Portland*, 288 Or 155, 603 P2d 771 (1979), the judgment of the trial court is affirmed.

Affirmed.